reversing an order of a referee in bankruptcy denying a reclamation petition of Brunswick Corporation, conditional vendor of automatic pin setters, for failure to file under Sec. 66–a of the New York Personal Property Law, McKinney's Consol.Laws, c. 41, an extension agreement, and granting the reclamation petition. We affirm the judgment and order of the District Court on the reasoned opinion of Chief Judge Zavatt, 234 F.Supp. 842 (E.D.N.Y.1964).

**ROOSEVELT LANES, INC., Appellant,**

v.

**BRUNSWICK CORPORATION, Appellee.**

**In the Matter of Roosevelt Lanes, Inc., Debtor.**

**No. 369, Docket 29362.**

United States Court of Appeals Second Circuit.

Argued March 9, 1965.

Decided April 6, 1965.

**The CALIFORNIA COMPANY, Appellant,**

v.

**NOBLE DRILLING CORPORATION, Appellee.**

**No. 21682.**

United States Court of Appeals Fifth Circuit.

April 5, 1965.

Bennett E. Aron, West Hempstead, N. Y., for appellant.

Frederick Newman, New York City (Blumberg, Singer, Ross & Gordon, New York City, on the brief), for appellee.

Before SMITH and MARSHALL, Circuit Judges, and DOOLING, District Judge.*

PER CURIAM:

Roosevelt Lanes, Inc., debtor in possession, appeals from a judgment and order entered in the United States District Court for the Eastern District of New York, Joseph C. Zavatt, Chief Judge,

Joaquin Campoy, of Deutsch, Kerrigan & Stiles, Paul A. Gaudet, New Orleans, La., of counsel, for appellant.

Sam A. LeBlanc, W. Ford Reese and Adams & Reese, New Orleans, La., for appellee.

Before WOODBURY,* JONES and GEWIN, Circuit Judges.

PER CURIAM:

To the extent that the appellant's assigned errors were properly raised and preserved, we find them to be without merit. The judgment of the district court is

Affirmed.

* Sitting by designation.

* Senior Judge of the First Circuit sitting by designation.